EDSON GILLETTE, Appellant, *v.* ROBERT E. ALLEN et al., Respondents.

Reported below, 264 App. Div. 599.
Submitted November 23, 1942; decided December 10, 1942.

*Oscar J. Brown* for motion.

*Bertram D. Hummel* and *J. Norman Crannage* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.